# United States Court of Appeals
# for the Federal Circuit

———————————

March 25, 2020

**ERRATA**

———————————

Appeal No. 2019-1626

**HELEN Z. RICCI,**
*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

———————————

Decided: March 19, 2020
Precedential Opinion

———————————

Please make the following change:

Page 8, line 16, change "2018" to "2008."